## LEDBETTER *v.* THE STATE.

[No. 2,409. Filed May 12, 1905.]

From Blackford Circuit Court; *E. C. Vaughn*, Judge.

Prosecution by the State against Henry Ledbetter. From an adverse judgment, defendant appeals. *Appeal dismissed.*

*Harvey & DeWolf*, for appellant.

PER CURIAM.—Ordered that the appeal in the above entitled cause be dismissed.